FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983, WITH JURISDICTION UNDER 28 U.S.C. § 1343

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED AND FILED

SEP 23 2026

JENNIFER P. LYONS, CLERK

BY_______________

DEPUTY CLERK

Nicholas Holmes
**[Enter above the full name of the plaintiff in this action]**

**v.** **Docket No.**

Officer Rioux, Officer Milligan
Superior Officer Farrington
Androscoggin County Jail 40 Pleasant St. Auburn, Me
**[Enter above the full name of the defendant(s) in this action]**

I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes [ ] No [X]

B. If your answer to "A" is yes, describe the lawsuit in the space below. [If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline]

1. Parties to this previous lawsuit

Plaintiff(s) ______________________

Defendant(s) ______________________

2. Court [If federal court, name the district; if state court, name the county]

______________________

3. Docket number ______________________

4. Name of judge whom case was assigned______________________

5. Outcome [for example: It is still pending? Was it dismissed? Was it appealed] ____________________

6. Approximate date of filing lawsuit ____________________

7. Approximate date of outcome ____________________

II. Place of present confinement Androscoggin County Jail

A. Is there a prisoner grievance procedure in this institution?
Yes [X] No [ ]

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes [X] No [ ]

C. If your answer is "Yes"

1. What steps did you take? I filed complaints, I filed grievances and I appealed.

2. What was the result? I was rejected, blackballed, and dismissed at every corner.

III. Parties

[In item "A" below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.]

A. Name of Plaintiff Nicholas Holmes

Address 40 Pleasant St. Auburn, Me 04210

[In item "B" below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item "C" for the names, positions, and places of employment of any additional defendants.]

**B. Name of Defendant** Officer Rioux

**Position** Corrections Officer

**Address** 40 Pleasant St. Auburn, Me 04210

**C. Additional Defendant(s)** Officer Milligan, Corrections, 40 Pleasant St. Auburn, Me 04210

Superior Officer Farrington, Corrections Officer,
40 Pleasant St. Auburn, Me

## IV. Statement of Claim

**[State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.]**

Claim #1 (Assault) I Nicholas Holmes am currently being held at The Androscoggin County Jail at 40 Pleasant St. Auburn, Me 04210. I am writing you because I have exhausted all possible remedies without receiving a fair or just resolution. As a matter of fact the replies I've received from the officers that beat me was an insult. I reported to the jails grievance procedure that officer Rioux used cutting my 2 hour (1-3pm) leisure time short as a ploy to provoke and assault me. Cont. on attached page...

## V. Relief

[State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.]

I Nicholas Holmes am asking for relief in the form of a Civil Law Suit for a monetary payment from The Androscoggin County Jail (ACJ) and it's staff whom are duly named in my original complaint for causing me physical harm and assaulting me, distress and pain. Also reinjuring a pre-existing injury I had prior to this highly offensive incident in the amount of $600,000.00. I also will be requesting monetary relief in the amount of $500,000.00 cont. on attached page...

N. Drake Holmes
Signature of Plaintiff

Signed this 16 day of September, 2026

I declare under penalty of perjury that the foregoing is true and correct.

9/16/2026
Date

N. Drake Holmes
Signature of Plaintiff